

FILED
SEP 07 2016
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

### INDICTMENT FOR POSSESSION OF A FIREARM BY A CONVICTED FELON, POSSESSION OF A FIREARM IN A SCHOOL ZONE, POSSESSION OF COCAINE, AND FORFEITURE ALLEGATION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-101-SDD-RLB |
| versus | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 922(q)(2)(A) |
| | 21 U.S.C. § 844(a) |
| AARON MORRISON, a.k.a. | 18 U.S.C. § 924(d) |
| Dewayne Morrison | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about March 17, 2016, in the Middle District of Louisiana, **AARON MORRISON, a.k.a. Dewayne Morrison**, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, knowingly did possess a firearm, that is, a SWD, Model M11/9, 9mm caliber pistol, bearing serial number 88-0008965, which firearm previously had been shipped and transported in interstate commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

On or about March 17, 2016, in the Middle District of Louisiana, **AARON MORRISON, a.k.a. Dewayne Morrison**, defendant herein, knowingly did possess a firearm, that is, a SWD, Model M11/9, 9mm caliber pistol, bearing serial number 88-0008965, at a place that he knew and had reasonable cause to believe was a school zone, which firearm previously had been shipped and transported in interstate commerce.

The above is a violation of Title 18, United States Code, Section 922(q)(2)(A).

AUSA Group
Jefferson
USM - certified

## COUNT THREE

On or about March 17, 2016, in the Middle District of Louisiana, **AARON MORRISON, a.k.a. Dewayne Morrison,** defendant herein, knowingly and intentionally did possess cocaine, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in this Indictment, the defendant, **AARON MORRISON, a.k.a. Dewayne Morrison**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm involved or used in the commission of the offense, including, but not limited to, a SWD, Model M11/9, 9mm caliber pistol, bearing serial number 88-0008965.

UNITED STATES OF AMERICA, BY

A TRUE BILL

**REDACTED PER PRIVACY ACT**

J. WALTER GREEN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

GRAND JURY FOREPERSON

MICHAEL J. JEFFERSON
ASSISTANT UNITED STATES ATTORNEY

9-7-16
DATE

# Criminal Cover Sheet          U.S. District Court

**Place of Offense:**

City: Baton Rouge

County/Parish: East Baton Rouge

**Matter to be sealed:** ___ No  X  Yes

**Related Case Information:**

Superseding Indictment ___   Docket Number ___
Same Defendant ___   New Defendant  X
Magistrate Case Number ___
Search Warrant Case No. ___
R 20/ R 40 from District of ___
**Any Other Related Cases:** ___

**Defendant Information:**

Defendant Name: Aaron Morrison
Alias
Address:
Birthdate:    SS #:    Sex: Male    Race: Black    Nationality:

**U.S. Attorney Information:**

AUSA: Michael J. Jefferson    Bar #: 22430

**Interpreter:**  X  No    ___ Yes    **List language and/or dialect:**

**Location Status:**

Arrest Date    03/17/2016
___ Already in Federal Custody as of
✓ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:  3

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon | 1 | Felony |
| 18 U.S.C. § 922(q)(2)(A) | Possession of a firearm in a school zone | 2 | Felony |
| 21 U.S.C. § 844(a) | Possession of cocaine | 3 | Felony |

(May be continued on second sheet)

Date: Sept. 7, 2016    Signature of AUSA: *Michael J. Jefferson*

District Court Case Number (To be filled in by deputy clerk): ___