UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 16-101-SDD-RLB |
| -vs- | |
| AARON MORRISON, a.k.a. Dewayne Morrison | AUSA: Michael J. Jefferson<br>Deft. Atty.: David Rozas |

| | | | |
|---|---|---|---|
| JUDGE: | Richard L. Bourgeois, Jr. | DATE: | October 18, 2016 |
| DEPUTY CLERK: | Joan Sheets-Launey | TAPE/REPORTER: | |
| INTERPRETER: | | PRETRIAL/PROBATION: | Lynn Guillot |

**CLERK'S MINUTES**
Rule 5 Hearing, Detention Hearing and Arraignment

The defendant was sworn, advised of his rights and the purpose of this hearing.

The defendant waived formal reading of the Indictment and the defendant was informed of the substance of the charges pending against him.

The government moved for detention of the defendant under 18 U.S.C. §3142(f)(1)(E) as this case involves the possession of a firearm. In addition, the government moved for detention under 18 U.S.C. §3142(f)(2)(A) on the basis that the defendant is a risk of flight.

The defendant stipulated to detention at this time, reserving his right to reopen the issue of detention should his circumstances change. The government did not object. Based on the defendant's stipulation, the court granted the government's motion for detention

C: cr23; T:00:10
C: cr13; T:00:05
 C: cr1; T:00:07

and ordered the defendant detained subject to his right to another detention hearing upon petitioning the court for same.

The defendant agreed to go forward with the arraignment this date.

The defendant was informed of the maximum possible penalties and possible penalty enhancement.

The defendant entered a separate plea of NOT GUILTY to each of Counts 1-3 of the Indictment.

The court accepted the defendant's pleas of NOT GUILTY and will issue a scheduling order.

The defendant was remanded to the United States Marshal.

\* \* \* \*

C: cr23; T:00:10
C: cr13; T:00:05
 C: cr1; T:00:07