UNITED STATES DISTCIT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS                                                16-101-SDD-RLB

AARON MORRISON
a/k/a DEWAYNE MORRISON

## RULING

This matter is before the Court on the *Motion to Interrupt Speedy Trial Clock*[1] filed by Defendant, Aaron Morrison. The Defendant has been charged by *Indictment*[2] with two counts of felon in possession of a firearm and possession of cocaine. This matter is set for trial on January 17, 2017. Counsel for Defendant now moves to interrupt the speedy trial clock because he needs more time to review and prepare in this case and because he has filed a *Motion to Suppress*[3] that the Court must consider.

The Speedy Trial Act authorizes the Court to grant delays where the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant(s) in a speedy trial.[4] The Act requires the Court to make a finding after carefully considering and balancing multiple factors, including the factors listed in Subsection B.

The Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). The Court finds that counsel for Defendant has made this request in good faith and has shown

---

[1] Rec. Doc. 22.
[2] Rec. Doc. 1.
[3] Rec. Doc. 28.
[4] 18 U.S.C. § 3161(h)(7)(A).
37019

the need for more time to adequately prepare for trial and review materials.  The Court also finds that an interruption of the speedy trial clock is warranted to allow for adequate trial preparation and to address substantive motions.  The Court further finds that failure to grant this motion could result in a miscarriage of justice.  As such, the Court finds that the interests of justice outweigh the interests of the public and the Defendant in a speedy trial.

Thus, the *Motion to Interrupt Speedy Trial Clock*[5] is hereby GRANTED, and the trial set for January 17, 2017 is continued.  The new trial date and deadlines will be reset by separate notice.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on January 12, 2017.

*Shelly D. Dick*

**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[5] Rec. Doc. 22.
37019